PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, *et al.*, | ) | |
| | ) | CASE NO. 4:13CV00768 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TRUMBULL COUNTY CHILDREN | ) | |
| SERVICES BOARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

In a notice filed on January 3, 2014, Plaintiffs informed the Court that the case has been settled, subject to probate court approval. ECF No. 10. Therefore, the docket shall be marked "settled and dismissed without prejudice."

After the probate court has approved the settlement, the parties shall submit a proposed Judgment Entry, which, if approved, shall supersede this order. If the probate court does not approve the settlement, the parties shall immediately file a joint notice informing the Court.

IT IS SO ORDERED.

January 6, 2014  /s/ Benita Y. Pearson
Date   Benita Y. Pearson
  United States District Judge